**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| JAYANN GOODE, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:25-cv-01724 |
| | : | |
| v. | : | |
| | : | |
| TEMPLE UNIVERSITY d/b/a TEMPLE UNIVERSITY | : | |
| KORNBERG SCHOOL OF DENTISTRY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION TO  EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure, including Rule 6(b), and Local Rule of Civil Procedure 7.4(b)(2), it is hereby stipulated and agreed, by and between the parties by their undersigned counsel that Temple University d/b/a Temple University Kornberg School of Dentistry shall have additional time to respond to Plaintiff's Complaint and that the deadline to answer, plead or otherwise respond to the Complaint is extended through and including June 30, 2025. Counsel for Temple respectfully requests this extension due to contemporaneous pre-trial deadlines in another matter. No prior extensions have been requested.

*/s/ David M. Koller*
David M. Koller
Jordan D. Santo
KOLLER LAW LLC
2043 Locust Street, Suite 1B
Philadelphia, PA 19103
T: (215) 545-8917
davidk@kollerlawfirm.com
jordans@kollerlawfirm.com
*Attorneys for Plaintiff*

*/s/ Melissa L. Perry*
Danielle Banks
Melissa L. Perry
Samantha K. Krasker
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
T: (215) 564-8000
dbanks@stradley.com; mperry@stradley.com
skrasker@stradley.com
*Attorneys for Defendant, Temple University d/b/a*

BY THE COURT:

_____
                                          J.